**IT IS SO ORDERED.**

**Dated: 10:06 AM March 08 2010**

/s/ Marilyn Shea-Stonum
MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

BK1000987
(jsb)

```
                UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF OHIO
                          AT AKRON
```

| IN RE: | Case No. 10-50298 |
|---|---|
| Michael S. Shrewsberry | Chapter 7 |
| | Judge SHEA-STONUM |
| Debtor | |
| | **AGREED ORDER ON MOTION FOR RELIEF FROM STAY AND ABANDONMENT OF CHASE HOME FINANCE, LLC (PROPERTY LOCATED AT 4831 HATTRICK ROAD RAVENNA, OH 44266)** |

This matter is before the Court upon the Motion for Relief from Stay and Abandonment filed herein by the secured creditor, Chase Home Finance, LLC ("Movant"), as to the real estate located at 4831 Hattrick Road Ravenna, OH 44266.

The court finds that Movant has alleged good cause exists for sustaining the Motion: Debtor, his counsel and any other necessary party were served with notice of the Motion; Debtor and all other served parties except for the Non-filing borrower, Brenda Shrewsberry, have failed to file a response or otherwise appear in opposition to the

Motion, but the Debtor, his counsel and Brenda Shrewsberry hereby consent to the conditions set forth herein.

IT IS ORDERED THAT

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns without further order from the court.

2. The Trustee is authorized and directed to abandon such Collateral.

3. Michael Shrewsberry agrees to cooperate with any paperwork necessary for the purpose of selling the home at 4831 Hattrick Road Ravenna, OH 44266. Brenda Shrewsberry shall be allowed to proceed with selling said property as stated in the Divorce decree. Any such sale of said property by Brenda Shrewsberry shall be for an amount sufficient to payoff Movant's account in full. Movant shall be allowed to pursue state court remedies.

4. Should Brenda Shrewsberry propose a sale, notice thereof shall be served upon Creditor's counsel, with an appropriate

opportunity afforded for response.

###

/s/ Rachel K. Pearson, Case Attorney
Rachel K. Pearson
Ohio Supreme Court #0079176
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
P.O. Box 5480
Cincinnati, OH  45201-5480
(513) 241-3100 ext. 3309
(513) 354-6464 fax
sohbk@lsrlaw.com


/s/   Debra E. Booher    , Counsel for Debtor
Debra E. Booher, Esq.
Debra Booher and Associates Co., LPA
Ohio Supreme Court #0067804
One Cascade Plaza
First Floor
Akron, OH 44308
(330) 253-1555
charlotte@bankruptcyinfo.com


/s/ Brenda Shrewsberry
Brenda Shrewsberry, Non-filing borrower
4831 Hattrick Road
Ravenna, OH 44266
(330) 221-0030

COPIES TO:

Debra E. Booher, Esq., Attorney for Debtor
One Cascade Plaza
First Floor
Akron, OH 44308
charlotte@bankruptcyinfo.com
VIA ELECTRONIC SERVICE

Marc P. Gertz, Trustee
Goldman-Rosen, Ltd.
11 South Forge Street
Akron, OH 44304
mpgertz@goldman-rosen.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Rachel K. Pearson, Esq., Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH  45201-5480
VIA ELECTRONIC SERVICE

Michael S. Shrewsberry, Debtor
822 S. Diamond St. Apt. A
Ravenna, OH 44266
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Brenda Shrewsberry, Non-filing borrower
4831 Hattrick Road
Ravenna, OH 44266
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

# CERTIFICATE OF NOTICE

```
District/off: 0647-5           User: buehl               Page 1 of 1              Date Rcvd: Mar 08, 2010
Case: 10-50298                 Form ID: pdf853           Total Noticed: 3

The following entities were noticed by first class mail on Mar 10, 2010.
db         +Michael S. Shrewsberry,   822 S. Diamond St. Apt. A,   Ravenna, OH 44266-3540
cr          Brenda S. Shrewsberry,   4821 Hattrick Road,   Ravenna, OH  44266
19203382   +Brenda Shrewsberry,   4831 Hattrick Rd.,   Ravenna, OH 44266-8867

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          Chase Home Finance, LLC
                                                                                         TOTALS: 1, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 10, 2010**                    Signature:    _Joseph Speetjens_